IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:19-cr-00101 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| MICHAEL WOODS | ) | |

**ORDER**

Pending before the Court is the United States' motion to dismiss the case due to the death of the Defendant. (Doc. No. 64).

The Motion is **GRANTED**. The case is hereby **DISMISSED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE